**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANDREW LERER,

                Plaintiff,

-against-                               19 **CIVIL** 10714 (CS)

# **JUDGMENT**

THE SPRING VALLEY FIRE DEPARTMENT,
INC., RAYMOND CANARIO, JOHN KAPRAL,
and DARWIN VALESCO,

                Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 14, 2021, summary judgment is GRANTED in favor of Defendants. Plaintiff's Title VII claims are DISMISSED with prejudice, and Plaintiff's defamation claims are DISMISSED without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

     April 15, 2021

                                                    **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                     **BY:**      K. Mango

                                                  **Deputy Clerk**